1  Lin Wang (State Bar No. 261387)
   JONES DAY
2  555 California Street, 26th Floor
   San Francisco, CA 94104
3  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
4  linwang@jonesday.com

5  Attorneys for Defendant
   Yazaki North America, Inc.
6

7  [ADDITIONAL COUNSEL IDENTIFIED
   ON SIGNATURE PAGES]
8

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCHA BOTT, JANE M. TAYLOR and JUDE A. ANHELUK, Individually and on Behalf of All Others Similarly Situated, | **Case No. 3:11-cv-04949** |
| Plaintiffs, | Hon. James F. Ware |
| v. | **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |
| DELPHI AUTOMOTIVE LLP; FURUKAWA ELECTRIC CO., LTD.; LEAR CORP.; LEONI AG; SUMITOMO ELECTRIC INDUSTRIES, LTD.; S-Y SYSTEMS TECHNOLOGIES GMBH; YAZAKI CORP.; YAZAKI NORTH AMERICA INC., Defendants. | |

/ / /

/ / /

/ / /

/ / /

1     Currently pending before the United States Judicial Panel on Multidistrict Litigation
2 ("JPML") is a motion filed on October 11, 2011, pursuant to 28 U.S.C. § 1407, to consolidate for
3 pretrial proceedings a number of related civil actions alleging that defendants engaged in a price-
4 fixing conspiracy regarding automotive electrical wire harness systems (the "Related Actions").
5 Responses to the motion before the JPML are due on November 2, 2011.

6     So as to preserve both party and judicial resources pending the JPML's decision in this
7 matter, plaintiffs Lucha Bott, Jane M. Taylor and Jude A. Anheluk (collectively, "Plaintiffs") and
8 defendants Lear Corporation and Yazaki North America, Inc. (collectively, "Stipulating
9 Defendants"), by and through their undersigned counsel, stipulate to the following:

10    (1)    If the JPML transfers all related civil actions to a single district for coordinated or
11 consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Stipulating Defendants shall,
12 as permitted by Federal Rule 12, answer, move or otherwise respond to the complaint in the
13 above-captioned action (the "Complaint") within 45 days after: (a) the plaintiffs in the
14 consolidated actions serve a consolidated amended complaint, or (b) the plaintiffs in the
15 consolidated actions serve notice that they will not file a consolidated amended complaint.

16    (2)    If the JPML denies the motion to transfer all related civil actions to a single district
17 for coordinated or consolidated pretrial proceedings, the Stipulating Defendants shall, as
18 permitted by Federal Rule 12, answer, move or otherwise respond to the Complaint within 45
19 days after service of the JPML ruling.

20    (3)    If all plaintiffs in the Related Actions agree to consolidate all related civil actions
21 in a single district and withdraw the pending motions before the JPML, and the Stipulating
22 Defendants, or any of them, have not and do not file their own motions to transfer the Related
23 Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28
24 U.S.C. § 1407, the Stipulating Defendants shall, as permitted by Rule 12, answer, move or
25 otherwise respond to the Complaint within 45 days after: (a) the plaintiffs in the consolidated
26 actions file a consolidated amended complaint, or (b) the plaintiffs in the consolidated actions file
27 notice that they will not file a consolidated amended complaint.

28

1  (4) Notwithstanding paragraphs (1), (2) or (3), above, if any Stipulating Defendant files an answer, moves or otherwise responds pursuant to Federal Rule 12 in any of the Related Actions before the date required by this stipulation, such Stipulating Defendant will concurrently file its answer, move or otherwise respond as permitted by Rule 12 in this matter.

(5) Plaintiffs and the Stipulating Defendants stipulate and agree that the entry into this stipulation by the Stipulating Defendants shall not constitute a waiver of (a) any jurisdictional defenses that may be available under Rule 12 of the Federal Rules of Civil Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure or (c) any other statutory or common law defenses that may be available to the Stipulating Defendants in this and the other Related Actions.  The Stipulating Defendants expressly reserve their rights to raise any such defenses (or any other defense) in response to either the current Complaint or any amended complaint that may be filed relating to this action.

(6) Plaintiffs further agree that this extension is available, without further stipulation with counsel for Plaintiffs, to all named defendants who notify Plaintiffs in writing of their intention to join this Stipulation.

//
//
//
//
//
//
//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

Dated: October 27, 2011                            HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Jeff D. Friedman
     Jeff D. Friedman

Jeff D. Friedman (State Bar No. 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Tel. (510) 725-3000
jefff@hbsslaw.com

Steve W. Berman
Anthony D. Shapiro
George W. Sampson
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Tel. (206) 623-7292
steve@hbsslaw.com
tony@hbsslaw.com
george@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
820 North Boulevard, Suite B
Oak Park, IL  60301
Tel. (708) 776-5604
beth@hbsslaw.com


Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: October 27, 2011 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: /s/ Christopher J. Kelly<br>Christopher J. Kelly |
| 4 | | Christopher J. Kelly (State Bar No. 276312)<br>Two Palo Alto Square, Suite 300 |
| 5 | | 3000 El Camino Real<br>Palo Alto, CA 94306-2112 |
| 6 | | Tel. (650) 331-2000<br>cjkelly@mayerbrown.com |
| 7 | | |
| 8 | | Andrew S. Marovitz<br>Britt M. Miller<br>MAYER BROWN LLP |
| 9 | | 71 South Wacker Drive<br>Chicago, IL 60606 |
| 10 | | Tel. (312) 782-0600<br>amarovitz@mayerbrown.com |
| 11 | | bmiller@mayerbrown.com |
| 12 | | Howard B. Iwrey<br>DYKEMA GOSSETT PLLC |
| 13 | | 39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304 |
| 14 | | Tel. (248) 203-0526<br>hiwrey@dykema.com |
| 15 | | |
| 16 | | Attorneys for Defendant Lear Corporation |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: October 27, 2011 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ Lin Wang<br>     Lin Wang |
| 4 | | Lin Wang (State Bar No. 261387)<br>Jones Day |
| 5 | | 555 California Street<br>26th Floor |
| 6 | | San Francisco, CA 94104<br>Tel. (415) 626-3939 |
| 7 | | linwang@jonesday.com |
| 8 | | John M. Majoras<br>Carmen G. McLean |
| 9 | | JONES DAY<br>51 Louisiana Ave. N.W. |
| 10 | | Washington, D.C. 20001-2113<br>Tel. (202) 879-3939 |
| 11 | | jmmajoras@jonesday.com<br>cgmclean@jonesday.com |
| 12 | | |
| 13 | | Michelle K. Fischer<br>Stephen J. Squeri |
| 14 | | JONES DAY<br>North Point |
| 15 | | 901 Lakeside Avenue<br>Cleveland, OH 44114 |
| 16 | | Tel. (216) 586-3939<br>mfischer@jonesday.com |
| | | sjsqueri@jonesday.com |
| 17 | | |
| 18 | | Attorneys for Defendant Yazaki North America, Inc. |

SFI-715226v1

- 6 -

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT
CASE NO. 3:11-CV-04949