**LATHAM & WATKINS LLP**
Daniel M. Wall (State Bar No. 102580)
505 Montgomery Street, Ste. 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
dan.wall@lw.com

Attorney for Defendant
Sumitomo Electric Industries, Ltd.

(*Additional Attorneys Listed On Signature Page*)

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUCHA BOTT, JANE M. TAYLOR and JUDE A. ANHELUK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELPHI AUTOMOTIVE LLP; FURUKAWA ELECTRIC CO., LTD.; LEAR CORP.; LEONI AG; SUMITOMO ELECTRIC INDUSTRIES, LTD.; S-Y SYSTEMS TECHNOLOGIES GMBH; YAZAKI CORP.; YAZAKI NORTH AMERICA INC.,<br><br>Defendants. | **CASE NO. 3:11-cv-04949-JW**<br><br>Hon. James F. Ware<br><br>————————<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 6-1, plaintiffs Lucha Bott, Jane M. Taylor and Jude A. Anheluk (collectively, "Plaintiffs") and defendant Sumitomo Electric Industries, Ltd. ("Sumitomo") hereby jointly file the instant Stipulation for Extension of Time to Respond to Class Action Complaint. The Stipulation mirrors the Stipulation and Order filed by Plaintiffs and defendants Lear Corporation and Yazaki North America, Inc. that this Court entered on November 1, 2011.

Currently pending before the United States Judicial Panel on Multidistrict Litigation ("JPML") is a motion that was filed on October 11, 2011, pursuant to 28 U.S.C. § 1407, to consolidate for pretrial proceedings a number of related civil actions that allege that defendants engaged in a price-fixing conspiracy regarding automotive electrical wire harness systems (the "Related Actions"). So as to preserve both party and judicial resources pending the JPML's decision in this matter, plaintiffs and Sumitomo, by and through their undersigned counsel, stipulate to the following:

(1) If the JPML transfers all related civil actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, Sumitomo shall, as permitted by Federal Rule 12, answer, move or otherwise respond to the complaint in the above-captioned action (the "Complaint") within 45 days after: (a) the plaintiffs in the consolidated actions serve a consolidated amended complaint, or (b) the plaintiffs in the consolidated actions serve notice that they will not file a consolidated amended complaint.

(2) If the JPML denies the motion to transfer all related civil actions to a single district for coordinated or consolidated pretrial proceedings, Sumitomo shall, as permitted by Federal Rule 12, answer, move or otherwise respond to the Complaint within 45 days after service of the JPML ruling.

(3) If all plaintiffs in the Related Actions agree to consolidate all related civil actions in a single district and withdraw the pending motions before the JPML, and Sumitomo has not filed and does not file its own motion to transfer the Related

1  Actions to a single district for coordinated or consolidated pretrial proceedings
2  pursuant to 28 U.S.C. § 1407, Sumitomo shall, as permitted by Rule 12, answer,
3  move or otherwise respond to the Complaint within 45 days after: (a) the plaintiffs
4  in the consolidated actions file a consolidated amended complaint, or (b) the
5  plaintiffs in the consolidated actions file notice that they will not file a consolidated
6  amended complaint.

7  (4) Notwithstanding paragraphs (1), (2) or (3), above, if Sumitomo files an
8  answer, moves or otherwise responds pursuant to Federal Rule 12 in any of the
9  Related Actions before the date required by this stipulation, Sumitomo will
10 concurrently file its answer, move or otherwise respond as permitted by Rule 12 in
11 this matter.

12 (5) Plaintiffs and Sumitomo stipulate and agree that the entry into this
13 stipulation by Sumitomo shall not constitute a waiver of (a) any jurisdictional
14 defenses that may be available under Rule 12 of the Federal Rules of Civil
15 Procedure, (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil
16 Procedure or (c) any other statutory or common law defenses that may be available
17 to Sumitomo in this and the other Related Actions.  Sumitomo expressly reserves
18 its rights to raise any such defenses (or any other defense) in response to either the
19 current Complaint or any amended complaint that may be filed relating to this
20 action.
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  IT IS SO STIPULATED.

2      Dated:  November 22, 2011

3

4

5                                              HAGENS BERMAN SOBOL SHAPIRO LLP

6                                              By: /s/ Jeff D. Friedman
                                                   Jeff. D. Friedman
7

8                                              Jeff D. Friedman (State Bar No. 173886)
                                               715 Hearst Avenue, Suite 202
9                                              Berkeley, CA  94710
                                               Tel. (510) 725-3000
10                                             jefff@hbsslaw.com

11                                             Steve W. Berman
                                               Anthony D. Shapiro
12                                             George W. Sampson
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
13                                             1918 Eighth Avenue, Suite 3300
                                               Seattle, WA  98101
14                                             Tel. (206) 623-7292
                                               steve@hbsslaw.com
15                                             tony@hbsslaw.com
                                               george@hbsslaw.com
16
                                               Elizabeth A. Fegan
17                                             HAGENS BERMAN SOBOL SHAPIRO LLP
                                               820 North Boulevard, Suite B
18                                             Oak Park, IL  60301
                                               Tel. (708) 776-5604
19                                             beth@hbsslaw.com

20                                             Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

1  Dated: November 22, 2011

2                                LATHAM & WATKINS LLP

4          By: /s/ Daniel M. Wall
5              Daniel M. Wall

6  **LATHAM & WATKINS LLP**
   Daniel M. Wall (State Bar No. 102580)
7  505 Montgomery Street, Ste. 2000
   San Francisco, CA  94111-6538
8  Telephone:  (415) 391-0600
   Facsimile:   (415) 395-8095
9  dan.wall@lw.com

10 Attorney for Defendant
   Sumitomo Electric Industries, Ltd.