IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Lucha Bott, et al., | NO. C 11-04949 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Delphi Automotive LLP, et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on January 30, 2012. The parties filed a Stipulation and Proposed Order seeking to continue the Case Management Conference until April 2, 2012.[1] The parties seek a continuance based on a motion currently pending before United States Panel on Multidistrict Litigation to consolidate and transfer these proceedings to the Eastern District of Michigan. (Id. at 2.)

Upon review, in light of the motion pending before the Panel on Multidistrict Litigation, the Court finds good cause to continue the Case Management Conference. Accordingly, the Court CONTINUES the Case Management Conference until **March 12, 2012 at 10 a.m.** On or before March 2, 2012, the parties shall submit a Case Management Statement updating the Court on the status of proceedings before the Panel on Multidistrict Litigation.

Dated: January 18, 2012

JAMES WARE
United States District Chief Judge

---

[1] (See Docket No. 19.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Anthony D. Shapiro tony@hbsslaw.com
Daniel Murray Wall dan.wall@lw.com
Jeff D Friedman jefff@hbsslaw.com
Lin Wang linwang@jonesday.com
Steve W. Berman steve@hbsslaw.com

**Dated: January 18, 2012**  **Richard W. Wieking, Clerk**

**By:    /s/ JW Chambers**
       **Susan Imbriani**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California